DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SALVATORE IEMOLO,**
Appellant,

v.

**FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX FREIGHT, INC.,**
and **JOSEPH POBJECKI,**
Appellee.

No. 4D20-1994

[November 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502019CA012734.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, and Anthony Chiarello of A. Chiarello Legal, P.A., Fort Lauderdale, for appellant.

Pamela Beckham and Robert J. Beckham, Jr., of Beckham & Beckham, P.A., North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***